1
2
3
4
5
6

7    UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
8

9  TOKIO MARINE AND NICHIDO FIRE          CASE NO:
   INSURANCE COMPANY LTD                  2:12−cv−06266−MMM−FFM
10
           Plaintiff(s),
11
       v.                                 ORDER DISMISSING CIVIL
                                          ACTION
12 TYCO FIRE SUPPRESSION AND BUILDING
   PRODUCTS , et al.
13

14
           Defendant(s).
15

16

17      THE COURT having been advised by counsel that the above−entitled action has

18   been settled;

19      IT IS THEREFORE ORDERED that this action is hereby dismissed without costs

20   and without prejudice to the right, upon good cause shown within **30 days**, to re−open

21   the action if settlement is not consummated.  This Court retains full jurisdiction over

22   this action and this Order shall not prejudice any party to this action.

23
        **IT IS SO ORDERED.**
24

25   Dated: April 23, 2013          *Margaret M. Morrow*

26
                                    _____
27                                  Margaret M. Morrow
                                    United States District Judge
28

−1−